UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Daniel D. Ramage
Case No. 10-13229-JMD
Chapter 13
Debtor

FILED
2012 JAN 24 P 1:36
CLERK OF THE
BANKRUPTCY COURT
DIST. OF NH.

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

   Check #133437
   Issued on: 6/10/2011
   Issued to: Daniel D. Ramage
   31 Church Lane
   Chester, NH 03036
   In the amount of $407.77

3. That the original, now cancelled check was sent to the debtor via his attorney, Sandra Kuhn at 141 Airport Road, Concord, NH 03301 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 139726 in the amount of $407.77, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: January 24, 2012

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

On this the 24th day of January, 2012 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

*Irene Morrissette*
Notary Public
**IRENE D. MORRISSETTE, Notary Public**
**My Commission Expires April 9, 2013**

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 24th day of January, 2012, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Daniel D. Ramage at 31 Church Lane, Chester, NH 03036, Debtor's Attorney, and AUST Geraldine Karonis.

Dated: January 24, 2012         */s/ Lawrence P. Sumski*
                                 Lawrence P. Sumski